1  KARLA KRAFT, State Bar No. 205530
     kkraft@sycr.com
2  KATIE BEAUDIN, State Bar No. 306402
     kbeaudin@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   A PROFESSIONAL CORPORATION
4  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
5  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100

Attorneys for Defendant
BET INFORMATION SYSTEMS, INC.
DOING BUSINESS AS SURVEY.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA DILLION, | CASE NO. 18-cv-04717-DMR |
| Plaintiff, | Honorable Donna M. Ryu |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND RULE 26(F) REPORTS AND CONFERENCE** |
| BET INFORMATION SYSTEMS, INC. DOING BUSINESS AS SURVEY.COM, | |
| Defendant. | Complaint Filed: August 6, 2018 |

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties hereby stipulate to the following:

WHEREAS, plaintiff Felicia Dillion's and defendant BET Information Systems, Inc., doing business as Survey.com,'s respective counsel have met and conferred regarding Defendant's intended response to the Complaint;

WHEREAS, Plaintiff indicated that she intends to file an amended complaint on October 22, 2018;

WHEREAS, Defendant intends to respond to the pending Complaint with a Motion to Compel Arbitration;

WHEREAS, the parties are discussing the possibility of arbitrating this dispute and believe it is in all parties' interest for Defendant to wait to respond to any amended complaint that may be filed;

WHEREAS, the parties agree that the deadline to submit a Rule 26(f) report and the initial Case Management Conference shall be extended in light of the parties' discussions;

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1. If Plaintiff elects to amend the complaint, Plaintiff shall do so no later than October 22, 2018;

2. Defendant's deadline to respond to the operative complaint shall be the later of 14 days after Plaintiff files any amended Complaint or November 5, 2018.

3. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement shall be extended from October 31, 2018 to November 21, 2018; and

4. The Initial Case Management Conference shall be extended from November 7, 2018 to November 28, 2018.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-  18-cv-04717
STIPULATION

LITIOC/2195145v1/019999-0002

| | | |
|---|---|---|
| DATED: October 17, 2018 | | FINKELSTEIN & KRINSK LLP |
| | By: | /s/ Trenton R. Kashima |
| | | Trenton R. Kashima, Esq. |
| | | Jeffrey R. Krinsk, Esq. |
| | | Attorneys for Plaintiff |
| DATED: October 17, 2018 | | STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION |
| | By: | /s/ Katie Beaudin |
| | | Karla Kraft |
| | | Katie Beaudin |
| | | Attorneys for Defendant BET INFORMATION SYSTEMS, INC. DOING BUSINESS AS SURVEY.COM |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Trenton R. Kashima, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

/s/ Katie Beaudin

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-          18-cv-04717
STIPULATION

LITIOC/2195145v1/019999-0002

# [~~PROPOSED~~] ORDER

Plaintiff and Defendant's counsel have requested to extend the time to file Rule 26(f) Reports and reschedule the Initial Case Management Conference. Good cause appearing, their Stipulation is granted.

The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement shall be extended November 28, 2018.

The Initial Case Management Conference shall be rescheduled to December 5, 2018 at 1:30 p.m.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 10/26/2018

_____
Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2195145v1/019999-0002