JASON T. BROWN (admitted PHV)
  jtb@jtblawgroup.com
NICHOLAS CONLON (admitted PHV)
  nicholasconlon@jtblawgroup.com
JTB LAW GROUP, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Facsimile: (855) 582-5297

Attorneys for Defendant
BET INFORMATION SYSTEMS, INC.
DOING BUSINESS AS SURVEY.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA DILLION, | CASE NO. 18-cv-04717-JST |
| Plaintiff, | Honorable Jon S. Tigar |
| vs. | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| BET INFORMATION SYSTEMS, INC. DOING BUSINESS AS SURVEY.COM, | |
| Defendant. | Complaint Filed: August 6, 2018 |

# STIPULATION

Pursuant to Local Rule 6-1(b), the parties hereby stipulate to the following:

WHEREAS, Plaintiff commenced this action on August 6, 2018 (ECF No. 1), and amended her complaint on October 22, 2018 (ECF No. 17), before Defendant answered or otherwise responded;

WHEREAS, on November 9, 2018, Defendant filed a Motion to Compel Arbitration and Stay Proceedings, to be heard by Magistrate Judge Donna M. Ryu on December 14, 2018 (ECF No. 21);

WHEREAS, on November 9, 2018, the Clerk issued a notice of the impending reassignment of the case from Magistrate Judge Donna M. Ryu to a U.S. District Court Judge, which stated, *inter alia*, that all scheduled hearing dates before Magistrate Judge Ryu were vacated and should be re-noticed for hearing before the assigned U.S. District Court Judge (ECF No. 23);

WHEREAS, on November 15, 2018, Defendant re-noticed the hearing on its Motion to Compel Arbitration and Stay Proceedings for January 10, 2019, at 2:00 p.m. (ECF No. 26);

WHEREAS, the parties agree that Plaintiff's time to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings may be extended by fourteen (14) days, from the present due-date of November 23, 2018, to December 7, 2018, and that Defendant's time to file a reply in support of its Motion may be extended to December 14, 2018;

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiff's time to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings is extended by fourteen (14) days, to December 7, 2018; and

2. Defendant's reply in support of its Motion is due on December 14, 2018.

| | |
|---|---|
| DATED: November 15, 2018 | JTB LAW GROUP, LLC |

By: /s Nicholas Conlon
Nicholas Conlon
Jason T. Brown
Attorneys for Plaintiff

DATED: November 15, 2018    STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: /s Katie Beaudin
Karla Kraft
Katie Beaudin
Attorneys for Defendant
BET INFORMATION SYSTEMS, INC. DOING BUSINESS AS SURVEY.COM

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Katie Beaudin, counsel for Defendant, and I have obtained her authorization to affix her electronic signature to this document.

By: /s Nicholas Conlon

# [PROPOSED] ORDER

The Parties have filed a Stipulation and Proposed Order to extend Plaintiff's time to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings. Good cause appearing, their Stipulation is granted.

Plaintiff's time to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings is extended by fourteen (14) days, to December 7, 2018.

Defendant's reply in support of its Motion is due on December 14, 2018.

IT IS SO ORDERED.

Dated: November 16, 2018

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE